| | |
|---|---|
| 1  THOMAS P. O'BRIEN<br>United States Attorney<br>2  LEON W. WEIDMAN<br>Assistant United States Attorney<br>3  Chief, Civil Division<br>MONICA L. MILLER<br>4  Assistant United States Attorney<br>California Bar No. 157695 | E-FILED 02-13-08<br>JS-6 |

```
 1   THOMAS P. O'BRIEN
     United States Attorney
 2   LEON W. WEIDMAN                          E-FILED 02-13-08
     Assistant United States Attorney              JS-6
 3   Chief, Civil Division
     MONICA L. MILLER
 4   Assistant United States Attorney
     California Bar No. 157695
 5        Room 7516 Federal Building
          300 North Los Angeles Street
 6        Los Angeles, California 90012
          Telephone: (213) 894-4061
 7        Facsimile: (213) 894-7819
          E-mail:    monica.miller@usdoj.gov
 8
     Attorneys for Federal Defendants, UNITED STATES; Michael B.
 9   Mukasey, Attorney General, of the United States; MICHAEL
     CHERTOFF, Secretary to the Department of Homeland Security;
10   UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; EMILIO T.
     GONZALEZ, Director of the United States Citizenship and
11   Immigration Services; CHRISTINA POULOS, USCIS California
     Service Center Acting Director; JANE ARELLANO, USCIS District
12   Director

13
                      UNITED STATES DISTRICT COURT
14
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
15
                            WESTERN DIVISION
16

17   RANJIT SINGH GILL,              )   No. CV 07-08159 PSG (OPx)
                                     )
18        Plaintiff,                 )
                                     )
19        v.                         )
                                     )
20   THE UNITED STATES; Michael B.   )
     Mukasey, Attorney General,      )       [PROPOSED]
21              v.                   )   ORDER DISMISSING ACTION
     of the United States;           )
22   MICHAEL CHERTOFF, Secretary     )
     to the Department of Homeland   )
23   Security; UNITED STATES         )
     CITIZENSHIP AND                 )
24   IMMIGRATION SERVICES; EMILIO    )
     T. GONZALEZ, Director of the    )   [Before the Honorable
25   United States Citizenship       )    Philip S. Gutierrez]
     and Immigration Services;       )
26   CHRISTINA POULOS, USCIS         )
     California Service Center       )
27   Acting Director; JANE           )
     ARELLANO, USCIS District        )
28   Director                        )
                                     )
```

1  The Court having considered the parties' Stipulation to
2  Dismiss,
3  IT IS SO ORDERED THAT the above-captioned action be
4  dismissed without prejudice.  Each party shall bear their own
5  costs and fees, including attorneys fees.
6  DATED: February 13, 2008.

**PHILIP S. GUTIERREZ**
Philip S. Gutierrez
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

    /S/
_____
MONICA L. MILLER
Assistant United States Attorney
Attorneys for Federal Defendants,
UNITED STATES; Michael B. Mukasey,
Attorney General, of the United States;
MICHAEL CHERTOFF, Secretary to the
Department of Homeland Security;
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES;
EMILIO T. GONZALEZ,
Director of the United States
Citizenship and Immigration Services;
CHRISTINA POULOS, USCIS California
Service Center Acting Director;
JANE ARELLANO, USCIS District Director